# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Albert Ward,
    Petitioner,

vs.                        Case No. 1:07-cr-73-1

United States of America,
    Respondent

## ORDER

The Respondent has shown through a Financial Affidavit of his inability to retain counsel.

Therefore, A. Norman Aubin, Esq., is hereby appointed as counsel for Respondent in his claim of ineffective assistance of counsel pursuant to 28 U.S.C. § 2255.

Date: January 18, 2012                s/Sandra S. Beckwith
                                                  Sandra S. Beckwith, Senior Judge
                                                  United States District Court